OCTOBER 25, 1974

No. 74–5294.   WILLIAMS v. UNITED STATES.   C. A. 9th Cir.   Certiorari dismissed under this Court's Rule 60.

OCTOBER 29, 1974

No. 50, Orig.   VERMONT v. NEW YORK ET AL.   Bill of complaint dismissed under this Court's Rule 60.   [See 417 U. S. 270.]

No. 73–1870.   HUFFMAN v. MONTANA SUPREME COURT ET AL.   Affirmed on appeal from D. C. Mont.

No. 74–32.   VALLIS ET AL. v. LEFKOWITZ, ATTORNEY GENERAL OF NEW YORK, ET AL.   Affirmed on appeal from D. C. S. D. N. Y.

No. 73–1902.   NATIONAL INDEPENDENT COAL OPERATORS ASSN. ET AL. v. BRENNAN, SECRETARY OF LABOR. Affirmed on appeal from D. C. D. C.   MR. JUSTICE WHITE and MR. JUSTICE REHNQUIST would note probable jurisdiction and set case for oral argument.